# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 29, 2019

## NO. 03-18-00212-CR

**Matthew Joe Lopez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 35TH DISTRICT COURT OF MILLS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.